Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Kurt R Horist
600 Catherine Court
Wood Dale, IL 60191−2327
SSN: xxx−xx−9834 EIN: N.A.

Case No. : 18−34051
Chapter : 7
Judge : Janet S. Baer

---

Debtor's Attorney:

Joseph P Doyle
Law Office of Joseph P Doyle
105 S Roselle Road
Suite 203
Schaumburg, IL 60193

847−985−1100

Trustee:

Brenda Porter Helms ESQ
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, IL 60625

773−463−6427

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *December 9, 2018* .

1. *July 9, 2019* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *July 9, 2019* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: April 8, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court